STATE v. LEE MURCHISON.

(Filed 18 March, 1936.)

APPEAL by defendant from *Sinclair, J.,* at November Term, 1935, of HARNETT.

Criminal prosecution, tried upon warrant charging the defendant with operating a motor vehicle "on the public highways of North Carolina in a careless and reckless manner, while drunk," etc.

Verdict: Guilty.

Judgment: That defendant pay a fine of $10.00 and costs.

Defendant appeals, assigning errors.

*Attorney-General Seawell and Assistant Attorneys-General McMullan and Bruton for the State.*
*Neill McK. Salmon for defendant.*

PER CURIAM. While strongly controverted, there was some evidence of reckless driving as defined in the statute, section 3, ch. 148, Public Laws 1927; hence, the demurrer to the evidence, or motion to nonsuit, was properly overruled. *S. v. Cope,* 204 N. C., 28, 167 S. E., 456.

The other exceptions are without substantial merit.

No error.